**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 23-MJ-0165-ZMF** |
| | : | |
| **SPENCER SIDNEY GELLER** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the Complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 22nd day of January, 2025.

_____

HONORABLE JAMES E. BOASBERG
Chief Judge